## UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **Ronald Chad Allen,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 3:17-cv-00211 |
| | ) |
| **Equifax Information Services, LLC, et al.** | ) Judge David J. Hale |
| | ) |
| **Defendants.** | ) |
| | ) |

### NOTICE OF SETTLEMENT

Plaintiff, Ronald Chad Allen, by and though his attorney, informs this Honorable Court that he has settled his claims with Defendant, Hillcrest Credit Agency. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. This settlement does not and is not intended to affect Plaintiff's claims against any other defendant.

Respectfully submitted,

| | |
|---|---|
| s/James H. Lawson | /s/John P. Langenderfer |
| James H. Lawson | John P. Langenderfer (KY# 96040) |
| Credit Defense Attorneys, PLLC | Surdyk, Dowd, & Turner, CO, L.P.A. |
| 115 S. Sherrin Avenue, Suite 4 | 8163 Old Yankee St., Suite C |
| Louisville, KY 40207 | Dayton, Ohio 45458 |
| 502-473-6525 | Tel. (937) 222-2333 |
| Fax: 502-473-6561 | Fax (937) 222-1970 |
| Email: james@kyconsumerlaw.com | jlangenderfer@sdtlawyers.com |
| *Attorneys for Plaintiff* | *Trial Attorneys for Defendant* |
| | *Hillcrest Credit Agency* |

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was this April 28, 2017 served, by via the Court's ECF System upon all parties.

s/John P. Langenderfer
John P. Langenderfer (KY# 96040)
Surdyk, Dowd, & Turner, CO, L.P.A.
8163 Old Yankee St., Suite C
Dayton, Ohio 45458
Tel.  (937) 222-2333
Fax  (937) 222-1970
jlangenderfer@sdtlawyers.com
*Trial Attorneys for Defendant*
*Hillcrest Credit Agency*

2