UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RONALD CHAD ALLEN,                                                                               Plaintiff,

v.                                                                      Civil Action No. 3:17-cv-211-DJH

EQUIFAX INFORMATION SERVICES,
LLC, et al.,                                                                                     Defendants.

\* \* \* \* \*

### ORDER

Plaintiff Ronald Chad Allen and Defendant Hillcrest Credit Agency have agreed to a settlement in this case. (Docket No. 8)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the plaintiff's claims against Hillcrest Credit Agency are **DISMISSED** without prejudice.

The parties shall tender an agreed order of dismissal with prejudice within **forty-five (45) days** of the date of entry of this Order.  The Court will entertain a motion to redocket the action within forty-five (45) days of the date of entry of this Order in the event the settlement is not consummated. This order does not, and is not intended to, affect Plaintiff's claims against any other Defendant in this action.

May 1, 2017

**David J. Hale, Judge
United States District Court**

1