# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Ronald Chad Allen )<br>*Plaintiff* )<br>)<br>v. )<br>)<br>Equifax Information Services, LLC *et al.* )<br>*Defendants* )<br>) | Case No. | 3:17-cv-00211-DJH |

### NOTICE OF SETTLEMENT AS TO DEFENDANT
### FORT KNOX FEDERAL CREDIT UNION

Please take notice that Plaintiff, Ronald Chad Allen, has reached a settlement with Defendant Fort Knox Federal Credit Union in this case. Once the settlement is final, the parties will file a joint stipulation of dismissal with prejudice. This Notice does not affect, and is not intended to affect, Plaintiff's claims against any other Defendant in this action.

Respectfully Submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Ronald Chad Allen*

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 30th day of March, 2018, I electronically filed the foregoing Notice of Settlement via U.S. Mail via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      /s/ James H. Lawson
*Counsel for Plaintiff*
*Ronald Chad Allen*