UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RONALD CHAD ALLEN,                                                    Plaintiff,

v.                                              Civil Action No. 3:17-cv-211-DJH-CHL

EQUIFAX INFORMATION SERVICES, et
al.,                                                                  Defendants.

* * * * *

**ORDER**

Plaintiff Ronald Chad Allen and Defendant Fort Knox Federal Credit Union have agreed
to a settlement as to Allen's claims against Fort Knox Federal Credit Union.  (Docket No. 33)
Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Allen's claims against Fort Knox Federal Credit Union are
**DISMISSED** without prejudice.  The parties shall tender an agreed order of dismissal with
prejudice within **thirty (30) days** of the date of entry of this Order.

This Order does not affect Allen's claims against any other Defendant in this matter.

April 2, 2018

**David J. Hale, Judge**
**United States District Court**

1