# UNITED STATES DISTRICT COURT

for the
### Western District of Kentucky
### Louisville Division

| | | |
|---|---|---|
| Ronald Chad Allen | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.    3:17-cv-00211-DJH |
| | ) | |
| Equifax Information Services, LLC *et al.* | ) | |
| *Defendants* | ) | |
| | ) | |

## NOTICE OF SETTLEMENT AS TO DEFENDANT
## CREDIT BUREAU SYSTEMS, INC.

Please take notice that Plaintiff, Ronald Chad Allen, has reached a settlement with

Defendant Credit Bureau Systems, Inc. in this case. the settlement is final, the parties will file a

joint stipulation of dismissal with prejudice.


Respectfully Submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Ronald Chad Allen*

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on this 25th day of June, 2018, I electronically filed the foregoing Notice of Settlement via U.S. Mail via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ James H. Lawson
*Counsel for Plaintiff*
*Ronald Chad Allen*