UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RONALD CHAD ALLEN,     Plaintiff,

v.     Civil Action No. 3:17-cv-211-DJH-CHL

EQUIFAX INFORMATION SERVICES, et al.,     Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Ronald Chad Allen and Defendant Credit Bureau Systems, Inc. have agreed to a settlement as to Allen's claims against Credit Bureau. (Docket No. 39) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Allen's claims against Credit Bureau Systems, Inc. are **DISMISSED** without prejudice. The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of the date of entry of this Order.

This Order does not affect Allen's claims against any other Defendant in this matter.

June 26, 2018

**David J. Hale, Judge**
**United States District Court**

1