# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Ronald Chad Allen<br>*Plaintiff*<br><br>v.<br><br>Equifax Information Services, LLC *et al.*<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   3:17-cv-00211-DJH |

## JOINT STATUS REPORT

Come the Plaintiff, Ronald Chad Allen, and the Defendant, Credit One Bank, N.A. (jointly, the "Parties"), by and through undersigned counsel, and for their Joint Status Report filed pursuant to this Court's Order of June 27, 2018 [DE 41] and Order of November 28, 2017 [DE 28], state as follows:

Pursuant to this Court's Order of November 28, 2017 referring Plaintiff's claims against Credit One Bank, N.A. ("Credit One") in this action to arbitration, Plaintiff initiated an arbitration proceeding of his claims against Credit One with the American Arbitration Association ("AAA") on February 26, 2018 under Case No. 01-18-0000-9213. The AAA has assigned the arbitration proceeding to arbitrator Jan M. West, and Ms. West has established a scheduling order. A copy of the arbitrator's scheduling order is attached for reference.

HAVE SEEN AND APPROVED:

/s/ James H. Lawson  
**James H. Lawson**  
*Lawson at Law, PLLC*  
115 S. Sherrin Avenue, Suite 5  
Louisville, KY 40207

/s/ J. Brian Jackson (by permission)  
**J. Brian Jackson**  
*McGuire Woods LLP*  
Court Square Building  
310 Fourth Street N.E., Suite 300

1

2

| | |
|---|---|
| Tel:   (502) 473-6525 | Charlottesville, VA 22902 |
| Fax:   (502) 473-6561 | Tel:   (434) 980-2221 |
| james@kyconsumerlaw.com | Fax:   (434) 980-2253 |
| *Counsel for Plaintiff* | bjackson@mcguirewoods.com |
| *Ronald Chad Allen* | *Counsel for Defendant* |
| | *Credit One Bank, N.A.* |