# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Ronald Chad Allen </br> *Plaintiff* </br> </br> v. </br> </br> Equifax Information Services, LLC *et al.* </br> *Defendants* | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | </br> </br> </br> Case No.   3:17-cv-00211-DJH |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CREDIT ONE BANK, N.A.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ronald Chad Allen and Defendant Credit One Bank, N.A. hereby jointly request that this Court dismiss with prejudice Plaintiff's claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees.

HAVE SEEN AND APPROVED:

| | |
|---|---|
| /s/ James H. Lawson | /s/ J. Brian Jackson (by permission) |
| **James H. Lawson** | **J. Brian Jackson** |
| *Lawson at Law, PLLC* | *McGuire Woods LLP* |
| 115 S. Sherrin Avenue, Suite 5 | Court Square Building |
| Louisville, KY 40207 | 310 Fourth Street N.E., Suite 300 |
| Tel:   (502) 473-6525 | Charlottesville, VA 22902 |
| Fax:   (502) 473-6561 | Tel:   (434) 980-2221 |
| james@kyconsumerlaw.com | Fax:   (434) 980-2253 |
| *Counsel for Plaintiff* | bjackson@mcguirewoods.com |
| *Ronald Chad Allen* | *Counsel for Defendant* |
| | *Credit One Bank, N.A.* |

1