UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

RONALD CHAD ALLEN, Plaintiff,

v. Civil Action No. 3:17-cv-211-DJH-CHL

EQUIFAX INFORMATION SERVICES, LLC, et al., Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Ronald Chad Allen and Defendant Credit One Bank, N.A. have filed a stipulation of dismissal with prejudice as to Allen's claims against Credit One Bank. (Docket No. 48) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Allen's claims against Credit One Bank are **DISMISSED** with prejudice. All claims having been resolved (*See* D.N. 24; D.N. 32; D.N. 40; D.N. 43) this action stands **DISMISSED** and is **STRICKEN** from the Court's active docket.

January 15, 2019

**David J. Hale, Judge
United States District Court**